UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TODD MICHAEL PORTER,

        Plaintiff,                            Case No.  2:14-CV-255

v.                                            Hon. Gordon J. Quist

ANN BARSCH, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 25, 2016, which recommended that the Court deny Defendants' motion for summary judgment and Plaintiff's motion to appoint counsel. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed March 25, 2016 (ECF No. 19) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss for lack of prosecution (ECF No. 16) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 18) is **DENIED.**

Dated:  May 26, 2016                                          /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE